No. 96–1803.  HOLLAR, JUDGE, TERRITORIAL COURT OF THE VIRGIN ISLANDS *v.* GOVERNMENT OF THE VIRGIN ISLANDS ET AL. C. A. 3d Cir.  Certiorari denied.

No. 96–1808.  OWENS *v.* DEPARTMENT OF THE INTERIOR.  C. A. 5th Cir.  Certiorari denied.

No. 96–1812.  GARCIA *v.* RUNYON, POSTMASTER GENERAL, ET AL. C. A. 5th Cir.  Certiorari denied.

No. 96–1857.  HESS *v.* ADVANCED CARDIOVASCULAR SYSTEMS, INC. C. A. Fed. Cir.  Certiorari denied.

No. 96–8145.  SLOAN ET AL. *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 96–8149.  DICKERSON *v.* TEXAS.  Ct. Crim. App. Tex. Certiorari denied.

No. 96–8226.  CUMMINGS-EL *v.* FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 96–8573.  HOVER *v.* FLORIDA POWER & LIGHT CO. ET AL. C. A. 11th Cir.  Certiorari denied.

No. 96–8596.  PLYLER *v.* MOORE, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.

No. 96–8597.  SIMPSON *v.* SOUTH CAROLINA.  Sup. Ct. S. C. Certiorari denied.

No. 96–8605.  PECK *v.* CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 96–8611.  ISLES *v.* COSBY ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 96–8615.  RHINE *v.* OKLAHOMA.  Ct. Crim. App. Okla. Certiorari denied.

No. 96–8616.  COHEA *v.* MUELLER, WARDEN.  C. A. 9th Cir. Certiorari denied.